# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

EMADEDDIN MUNTASSER

CASE NUMBER: 05- 1657-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about **1993 to 2003** in the District of **Massachusetts** defendant, (Track Statutory Language of Offense)

> did, with others known to the United States, engage in a scheme to
> conceal material information from the United States (specifically, the
> IRS, INS/ICE and the FBI), in violation of 18 U.S.C. §1001(a)(1) and
> §2; and did make false statements to the FBI regarding a matter within
> the jurisdiction of the executive branch of the United States
> government in April, 2003, in violation of 18 U.S.C. §1001(a)(2),

in violation of Title **18** United States Code, Section(s) **1001(a)(1), (a)(2) and 2**.

I further state that I am a(n) **Special Agent, Federal Bureau of Investigation** and that this complaint is based on the following facts:

Official Title

See attached Affidavit of James Marinelli.

Continued on the attached sheet and made a part hereof:    [x]Yes    [ ]No

Signature of Complainant
JAMES MARINELLI
Special Agent, FBI

Sworn to before me and subscribed in my presence,

April 6, 2005                    at    Worcester, Massachusetts
Date                                  City and State

CHARLES B. SWARTWOOD, III
Chief United States Magistrate Judge

Name and Title of Judicial Officer                Signature of Judicial Officer